| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEW JERSEY | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☒ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jorge** <br> First name <br><br> **L.** <br> Middle name <br><br> **Narvaez** <br> Last name and Suffix (Sr., Jr., II, III) | **Ana** <br> First name <br><br> **M.** <br> Middle name <br><br> **Narvaez** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2750 | xxx-xx-4485 |

Debtor 1  **Jorge L. Narvaez**
Debtor 2  **Ana M. Narvaez**

Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **17 Lisa Drive**<br>**Budd Lake, NJ 07828**<br>Number, Street, City, State & ZIP Code<br><br>**Morris**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Jorge L. Narvaez
Debtor 2  Ana M. Narvaez                                                                           Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

  District _____  When _____  Case number _____
  District _____  When _____  Case number _____
  District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

  Debtor _____  Relationship to you _____
  District _____  When _____  Case number, if known _____
  Debtor _____  Relationship to you _____
  District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Jorge L. Narvaez
Debtor 2    Ana M. Narvaez                                                                                    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?    _____
Number, Street, City, State & Zip Code

Debtor 1  Jorge L. Narvaez
Debtor 2  Ana M. Narvaez                                             Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  Jorge L. Narvaez
Debtor 2  Ana M. Narvaez                                                           Case number *(if known)*  _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Jorge L. Narvaez | /s/ Ana M. Narvaez |
| **Jorge L. Narvaez** | **Ana M. Narvaez** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **July 16, 2025** | Executed on **July 16, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| | |
|---|---|
| Debtor 1 | **Jorge L. Narvaez** |
| Debtor 2 | **Ana M. Narvaez** |

Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Steven D Pertuz**          Date  **July 16, 2025**
Signature of Attorney for Debtor          MM / DD / YYYY

**Steven D Pertuz**
Printed name

**The Law Offices Of Steven D Pertuz LLC**
Firm name

**111 Northfield Avenue Suite 304**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone  **(973) 669-8600**          Email address  **pertuzlaw@verizon.net**

**008542001 NJ**
Bar number & State

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jorge L. Narvaez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Ana M. Narvaez** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | ☐ Check if this is an amended filing |

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.    Do Not Include Claims by Insiders.**

**Unsecured claim**

**1** **Affirm, Inc.**
650 California Street, Floor 12
San Francisco, CA 94108

What is the nature of the claim?    $4,407.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

**2** **Affirm, Inc.**
650 California Street, Floor 12
San Francisco, CA 94108

What is the nature of the claim?    $3,600.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

| Debtor 1 | **Jorge L. Narvaez** | |
|---|---|---|
| Debtor 2 | **Ana M. Narvaez** | Case number *(if known)* |

---

**3**

**Apple Card/GS Bank**
**PO Box 168128**
**Irving, TX 75016**

What is the nature of the claim?     **$4,557.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**4**

**Automotive Finance Corp. of NJ**
**200 N Main St**
**Manville, NJ 08835-1357**

What is the nature of the claim?     **$98,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**5**

**Comenity Bank**
**PO Box 182620**
**Columbus, OH 43218-2620**

What is the nature of the claim?     **$7,400.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**6**

**Comenity Capital Bank**
**PO Box 183003**
**Columbus, OH 43218-3003**

What is the nature of the claim?     **$2,530.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2025 Best Case, LLC   - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jorge L. Narvaez |
|---|---|
| Debtor 2 | Ana M. Narvaez |

Case number (if known) _____

Value of security: - _____
Unsecured claim _____

Contact phone _____

---

**7**

**Credit Corp Solutions Inc.**
**121 W. Election Road, Suite 200**
**Draper, UT 84020**

What is the nature of the claim?    $4,566.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

Contact _____
Contact phone _____

---

**8**

**Dealer Car Search c/o AFM Legal**
**PO Box 736150**
**Chicago, IL 60673**

What is the nature of the claim?    $3,925.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

Contact _____
Contact phone _____

---

**9**

**Discover Bank**
**PO Box 30943**
**Salt Lake City, UT 84130-0943**

What is the nature of the claim?    $8,000.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

Contact _____
Contact phone _____

---

**10**

**EZ Pass Customer Service Center**
**375 McCarter Highway Rte # 21**
**Newark, NJ 07101**

What is the nature of the claim?    $2,875.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

---

| Debtor 1 | Jorge L. Narvaez |
|---|---|
| Debtor 2 | Ana M. Narvaez |

Case number (if known) _____

_____ Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -_____
    Unsecured claim

_____ Contact phone

---

**11**

**FinBe USA**
**1475 W. Cypress Creek Road, Suite 300**
**Fort Lauderdale, FL 33309**

**What is the nature of the claim?** _____  **$8,800.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____ Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -_____
    Unsecured claim

_____ Contact phone

---

**12**

**HR Financial Services c/o Vellozzi & Ass**
**112 Jabez Street, Suite 101**
**Newark, NJ 07105**

**What is the nature of the claim?** _____  **$3,300.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____ Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -_____
    Unsecured claim

_____ Contact phone

---

**13**

**Kayla Head**
**62 Hardgrove Terrace**
**Irvington, NJ 07111**

**What is the nature of the claim?** _____  **$20,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____ Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -_____
    Unsecured claim

_____ Contact phone

---

**14**

**Merchant Capital Group/Greenbox Capital**
**c/o Sprechman & Fisher P.A.**
**2775 Sunny Isles Blvd., Suite 100**

**What is the nature of the claim?** _____  **$124,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | **Jorge L. Narvaez** | | |
|---|---|---|---|
| Debtor 2 | **Ana M. Narvaez** | Case number *(if known)* | |

**North Miami Beach, FL 33160**

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

---

**15**

**Mitchell 1 c/o Stuart Lippman & Associat**
**5447 E. 5th Street, #110**
**Tucson, AZ 85711**

**What is the nature of the claim?**   $2,400.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

---

**16**

**NextGear Capital, Inc.**
**Attention: Michael G. Gibson**
**11799 North College Avenue**
**Carmel, IN 46032**

**What is the nature of the claim?**   $201,695.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

---

**17**

**UCEDC**
**75 Chestnut Street**
**Cranford, NJ 07016**

**What is the nature of the claim?**   $150,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

---

**18**

**United Auto Credit**

**What is the nature of the claim?**   $22,714.00

**As of the date you file, the claim is:** Check all that apply

| Debtor 1 | **Jorge L. Narvaez** |
|---|---|
| Debtor 2 | **Ana M. Narvaez** |

Case number *(if known)*

**4700 Mercantile Street**
**Euless, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**19**

**Western Funding c/o Creditors Bureau**
**PO Box 5932**
**Sherman Oaks, CA 91413**

**What is the nature of the claim?**    $46,185.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**20**

**Westlake Financial Services**
**4751 Wilshire Blvd Ste 100**
**Los Angeles, CA 90010-3847**

**What is the nature of the claim?**    $75,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Jorge L. Narvaez**
**Jorge L. Narvaez**
Signature of Debtor 1

Date  **July 16, 2025**

X  **/s/ Ana M. Narvaez**
**Ana M. Narvaez**
Signature of Debtor 2

Date  **July 16, 2025**

```
Affinity Federal Credit
PO Box 621
Basking Ridge, NJ 07920-0621


Affirm, Inc.
650 California Street, Floor 12
San Francisco, CA 94108


Affirm, Inc.
650 California Street, Floor 12
San Francisco, CA 94108


American Express
PO Box 981535
El Paso, TX 79998-1535


Apple Card/GS Bank
PO Box 168128
Irving, TX 75016


Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ 08835-1357


Bank of America Card
PO Box 982234
El Paso, TX 79998-2234


Barclays Bank
Card Services PO Box 8801
Wilmington, DE 19899-8801


Capital One Bank
PO Box 31293
Salt Lake City, UT 84131


Chase Bank
Cardmember Services PO Box 15298
Wilmington, DE 19885-0004


Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500


Comenity Bank
PO Box 182620
Columbus, OH 43218-2620


Comenity Capital Bank
PO Box 183003
Columbus, OH 43218-3003


Credit Collection Service
PO Box 7249
Portsmouth, NH 03802-7249
```

Credit Corp Solutions Inc.
121 W. Election Road, Suite 200
Draper, UT 84020


Dealer Car Search c/o AFM Legal
PO Box 736150
Chicago, IL 60673


Discover Bank
PO Box 30943
Salt Lake City, UT 84130-0943


EZ Pass Customer Service Center
375 McCarter Highway Rte # 21
Newark, NJ 07101


FinBe USA
1475 W. Cypress Creek Road, Suite 300
Fort Lauderdale, FL 33309


HR Financial Services c/o Vellozzi & Ass
112 Jabez Street, Suite 101
Newark, NJ 07105


Hyundai Motor Finance Co
10550 Talbert Ave
Fountain Valley, CA 92708-6031


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


Kayla Head
62 Hardgrove Terrace
Irvington, NJ 07111


Merchant Capital Group/Greenbox Capital
c/o Sprechman & Fisher P.A.
2775 Sunny Isles Blvd., Suite 100
North Miami Beach, FL 33160


Michael G. Gibson, Esq.
11799 North College Avenue
Carmel, IN 46032


Mitchell 1 c/o Stuart Lippman & Associat
5447 E. 5th Street, #110
Tucson, AZ 85711


NextGear Capital, Inc.
Attention: Michael G. Gibson
11799 North College Avenue
Carmel, IN 46032

```
NJ Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor PO Box 245
Trenton, NJ 08695


Optimum c/o Sunrise Credit Services, Inc
PO Box 9004
Melville, NY 11747


Revco Solutions, Inc.
PO Box 2589
Columbus, OH 43216


Rubin & Levin, P.C.
Attention Christine Hayes Hickey
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204


Small Business Administration
409 3rd Street, SW
Washington , DC 20416


Transworld Systems, Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


TrueCar Inc. c/o The LaSource Group
2520 Hampton Road
Erie, PA 16502


UCEDC
75 Chestnut Street
Cranford, NJ 07016


United Auto Credit
4700 Mercantile Street
Euless, TX 76040


US Small Business Administration
ATTN. District Counsel
2 Gateway Center, Suite 1002
Newark, NJ 07102


Wells Fargo Bank
PO Box 5169
Sioux Falls, SD 57117-5169


Western Funding c/o Creditors Bureau
PO Box 5932
Sherman Oaks, CA 91413


Westlake Financial Services
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847
```